IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

LAWRENCE SMITH                                                        PLAINTIFF

VS.                              Civil No. 04-CV-1045

COLUMBIA COUNTY, ARKANSAS;
MS. PAULA MANESS; and SHERIFF
CALVIN KNIGHTON                                                      DEFENDANTS

**ORDER**

Now on this 7th day of December, 2005, comes on for consideration the proposed findings and recommendations filed herein on November 7, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that judgment should be and is hereby entered in the defendants' favor and that this case be dismissed with prejudice.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Harry F. Barnes*
　　　　　　　　　　　　　　　　　　　　　　　**HARRY F. BARNES**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**